Robert P. Fores, SBN 119235
rfores@foresmacko.com;
FORES - MACKO - JOHNSTON, INC.
1600 "G" Street, Suite 103
Modesto, California 95354
Tel: (209) 527-9899/Fax: (209) 527-2889

Ronald La Force, SBN 32927
ronaldlouislaforce@gmail.com
LAW OFFICES OF RONALD LA FORCE
1120 Scenic Avenue
Modesto, California 95355
Tel: (209) 602-5711/Fax: (209) 575-4356

John Burton, SBN 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 449-8300/Fax: (626) 448-4417

Attorneys for Plaintiff Darlene Ruiz, Individually
and as Co-Successor-in-Interest to Trevor R. Seever, Deceased

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE RUIZ, Individually and as Co-Successor-in-Interest for TREVOR R. SEEVER, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MODESTO, MODESTO POLICE DEPARTMENT, FORMER CHIEF OF POLICE GALEN CARROLL, FORMER OFFICER JOSEPH LAMANTIA and DOES 1-10,<br><br>Defendants. | Case No.<br><br>**PLAINTIFF DARLENE RUIZ' NOTICE OF RELATED CASES (E.D. Cal. R. 123(b)** |

Counsel for Plaintiff Darlene Ruiz certify pursuant to E.D. Cal. R. 123(b) that this case is related to *Seever v. City of Modesto*, Case No. 1:21-cv-1373-NONE-EPG, as defined by E.D. Cal. R. 123(a).

Both actions arise from the fatal December 29, 2020, shooting of Trevor R. Seever by former Modesto Police Department Officer Joseph Lamantia. Plaintiff in this action is Decedent's mother, Darlene Ruiz. Plaintiff in 21-cv-1373 is Decedent's father, David Seever. Both plaintiffs are suing individually and as co-successors-in-interest.

Dated: October 19, 2021     FORES - MACKO - JOHNSTON, INC.

By:   /s/Robert P. Fores
Robert P. Fores
Attorneys for Plaintiff Darlene Ruiz

Dated: October 19, 2021     THE LAW OFFICES OF JOHN BURTON

By:   /s/ John Burton
John Burton
Attorneys for Plaintiff Darlene Ruiz