ROBERT P. FORES, SBN 119235
FORES ■ MACKO ■ JOHNSTON, INC.
A Professional Law Corporation
1600 "G" Street, Suite 103
Modesto, CA 95354
(209) 527-9899
(209) 527-2889 (facsimile)
Email: rfores@foresmacko.com

RONALD LA FORCE, SBN 32927
LAW OFFICES OF RONALD LA FORCE
1120 Scenic Avenue
Modesto, CA 95355
(209) 602-5711
(209) 575-4356 (facsimile)
Email: ronaldlouislaforce@gmail.com

JOHN BURTON, SBN 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, CA 91103
626-449-8300
626-440-5968 (facsimile)
Email: jb@burtonlaw.com

Attorneys for Plaintiff, DARLENE RUIZ,
Individually and as Co-Successor in Interest for
TREVOR R. SEEVER, Deceased

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE RUIZ, individually and as a Co-Successor in Interest for TREVOR R. SEEVER, Deceased,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF MODESTO; MODESTO POLICE DEPARTMENT, FORMER CHIEF OF POLICE GALEN CARROLL, FORMER OFFICER JOSEPH LAMANTIA, and DOES 1-10,<br><br>  Defendants. | Case No.<br><br>**PLAINTIFF DARLENE RUIZ'S DECLARATION OF SUCCESSOR IN INTEREST**<br><br>[Cal. Civ. Proc. Code §377.32] |

/ / /

DARLENE RUIZ declares under penalty of perjury as follows:

1. I am the mother and one of two sole heirs of the decedent, Trevor R. Seever, the other heir being David Seever, the father of Trevor Seever. I am filing this declaration pursuant to Cal. Civ. Proc. Code §377.32 to commence this wrongful death and survival action as one of decedent's successors in interest.

2. The decedent died as a result of personal injuries sustained on December 29, 2020 after City of Modesto Police Officer Joseph Lamantia shot him. I believe that the decedent has a cause of action based on actions of the Officer Joseph Lamantia that caused his death.

3. No proceeding is now pending in California for administration of the decedent's estate.

4. I am a successor in interest to the decedent pursuant to Cal. Civ. Proc. Code §377.11. The decedent never married and has no issue. Trevor R. Seever's father is David Seever. I and David Seever are the sole heirs.

5. Besides me, no other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding other than Trevor's father David Seever.

6. A copy of the certified death certificate is attached hereto as Exhibit A.

I declare under penalty of perjury pursuant to the laws of the State of California and the United States that the foregoing is true and correct.

Executed on  10-19-  , 2021, in Modesto, California.

_____
DARLENE RUIZ

# EXHIBIT "A"

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## HEALTH SERVICES AGENCY
# STANISLAUS COUNTY
### PUBLIC HEALTH DIVISION

**STATE FILE NUMBER:** 3052020309592
**LOCAL REGISTRATION NUMBER:** 3202050006116

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT—FIRST (Given): TREVOR
2. MIDDLE: ROBERT
3. LAST (Family): SEEVER
4. DATE OF BIRTH: 04/24/19[redacted]
5. AGE Yrs: 29
6. SEX: M
8. BIRTH STATE/FOREIGN COUNTRY: CA
10. SOCIAL SECURITY NUMBER: [redacted]
11. EVER IN U.S. ARMED FORCES?: NO
12. MARITAL STATUS: NEVER MARRIED
7. DATE OF DEATH: 12/29/2020
8. HOUR (24 Hours): 1212
13. EDUCATION—Highest Level/Degree: BACHELOR
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: (no)
16. DECEDENT'S RACE: CAUCASIAN
17. USUAL OCCUPATION: REFEREE
18. KIND OF BUSINESS OR INDUSTRY: ATHLETICS
19. YEARS IN OCCUPATION: 8

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE: 2005 SANDPOINT DRIVE
21. CITY: MODESTO
22. COUNTY/PROVINCE: STANISLAUS
23. ZIP CODE: 95358
24. YEARS IN COUNTY: 29
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: DARLENE RUIZ, MOTHER
27. INFORMANT'S MAILING ADDRESS: 2005 SANDPOINT DRIVE, MODESTO, CA 95358

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: -
29. MIDDLE: -
30. LAST (BIRTH NAME): -
31. NAME OF FATHER/PARENT—FIRST: DAVID
32. MIDDLE: ROBERT
33. LAST: SEEVER
34. BIRTH STATE: CA
35. NAME OF MOTHER/PARENT—FIRST: DARLENE
36. MIDDLE: RENE
37. LAST (BIRTH NAME): BOOT
38. BIRTH STATE: CA

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

39. DISPOSITION DATE: 01/08/2021
40. PLACE OF FINAL DISPOSITION: ST. JOHN'S CATHOLIC CEMETERY, 17871 CARROLTON ROAD, ESCALON, CA 95320
41. TYPE OF DISPOSITION(S): BU
42. SIGNATURE OF EMBALMER: ▶ JAMES CARVALHO
43. LICENSE NUMBER: EMB7748
44. NAME OF FUNERAL ESTABLISHMENT: DEEGAN-RIPON MEMORIAL CHAPEL
45. LICENSE NUMBER: FD987
46. SIGNATURE OF LOCAL REGISTRAR: ▶ JULIE VAISHAMPAYAN, MD
47. DATE: 01/08/2021

**PLACE OF DEATH**

101. PLACE OF DEATH: DOCTORS MEDICAL CENTER
102. IF HOSPITAL, SPECIFY ONE: ER/OP
104. COUNTY: STANISLAUS
105. FACILITY ADDRESS: 1441 FLORIDA AVE
106. CITY: MODESTO

**CAUSE OF DEATH**

107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): PENDING
(AT): -
108. DEATH REPORTED TO CORONER?: YES — C20003870
109. BIOPSY PERFORMED?: NO
110. AUTOPSY PERFORMED?: YES
111. USED IN DETERMINING CAUSE?: YES

112. OTHER SIGNIFICANT CONDITIONS: -

113. WAS OPERATION PERFORMED: -
113A. IF FEMALE, PREGNANT IN LAST YEAR?: -

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY... (blank)
115. SIGNATURE AND TITLE OF CERTIFIER: ▶
116. LICENSE NUMBER: 
117. DATE: 
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: 

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED...
120. MANNER OF DEATH: Suicide [X] Pending Investigation
120. INJURED AT WORK?: 
121. INJURY DATE: 
122. HOUR: 
123. PLACE OF INJURY: 
124. DESCRIBE HOW INJURY OCCURRED: 
125. LOCATION OF INJURY: 
126. SIGNATURE OF CORONER / DEPUTY CORONER: ▶ MATTHEW DESSERT
127. DATE: 01/04/2021
128. TYPE NAME, TITLE: MATTHEW DESSERT, DEPUTY CORONER

STATE REGISTRAR: *010001004788610*

CASTANIS01



---

This is to certify that this document is a true copy of the official record filed with the Stanislaus County Health Services Agency.

JULIE VAISHAMPAYAN, MD, MPH
LOCAL REGISTRAR OF VITAL STATISTICS

**DATE ISSUED:** 02/08/2021


000839539


Stanislaus County

This copy is not valid unless prepared on engraved border displaying seal and signature of Registrar.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**